1  ACKERMANN & TILAJEF, P.C.
   Craig J. Ackerman (State Bar No. 229832)
2  Tatiana Hernandez (State Bar No. 255322)
   1180 South Beverly Drive, Suite 600
3  Los Angeles, California 90035
   Telephone: (310) 277-0614
4  Facsimile: (310) 277-0635

JS-6

5
   Attorneys for Maria Barrios
6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 Maria Barrios,                    ) Case No. CV-07-03500 R (FMOx)
                                     )
12        Plaintiff,                 ) Assigned to: Hon. Manuel Real
                                     )
13 v.                                ) Trial Date: November 4, 2008
                                     )
14 Diamond Contract Services, Inc.   ) [PROPOSED] JUDGMENT
                                     )
15        Defendant.                 )
                                     )

16

17

18

19

20

21

22

23

24

25

26

27

28

*- 1 -*
*EXHIBT A*
*Judgment*

## JUDGMENT

On November 4 and 5, 2008, this action was tried by jury with the Honorable Judge Manuel Real presiding.

On November 6, 2008, the jury returned a general verdict in favor of Plaintiff Maria Barrios and against Defendant Diamond Contract Services, Inc. The jury awarded a total of $8,500.00 to the plaintiff and against the defendant consisting of lost wages in the amount of $2,100.00 and compensatory damages in the amount of $6,400.00.

JUDGMENT IS HEREBY ENTERED in favor of Plaintiff Maria Barrios and against Defendant Diamond Contract Services, Inc., in the total amount of $8,500.00.  Plaintiff is the prevailing party and is to recover her costs and attorneys' fees pursuant to applicable laws.

Date: NOV. 12, 2008_       _____
                           HON. MANUEL L. REAL
                           United States District Judge

Presented by:

ACKERMANN & TILAJEF, P.C.


By: _____
    Craig J. Ackermann