**ACKERMANN & TILAJEF, P.C.**                    JS-6
Craig J. Ackerman (State Bar No. 229832)
Tatiana Hernandez (State Bar No. 255322)
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035
Telephone: (310) 277-0614
Facsimile: (310) 277-0635           NOTE: CHANGES MADE BY THE COURT
Email:cja@laborgators.com
        tatiana@laborgators.com

Attorneys for Plaintiff Maria Barrios

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maria Barrios, | ) Case No. 2:07-cv-03500-CBM-FMO |
| Plaintiff, | ) [PROPOSED] **FINAL JUDGMENT** |
| v. | ) Assigned to: Hon. Consuelo Marshall |
| | ) Courtroom: No. 2 |
| Diamond Contract Services, Inc. | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

1.      For the reasons set forth in the Order granting Plaintiff's Second Amended Motion for Reasonable Attorney's Fees and Costs and granting Plaintiff's Ex Parte Motion Pursuant to Local Rule 7-19 Requesting that a Deadline be Established for Defendant to Pay Plaintiff's Appellate Attorney's Fees Previously Awarded by the Ninth Circuit [Docket No.134], which are adopted and incorporated herein by reference, and Judgment having entered on the Jury's General Verdict in favor of Plaintiff Maria Barrios on November 12, 2008 [Docket No. 72], IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

2.      Defendant Diamond Contract Services, Inc. ("Defendant") shall pay Plaintiff Maria Barrios ("Plaintiff") reasonable attorneys' fees in the amount of $231,235 and litigation costs in the amount of $28,047.69;

3.      Defendant shall pay Plaintiff the jury verdict amount of $8,500 awarded to her for lost wages and compensatory damages [Docket No.72];

4.      Defendant shall pay Plaintiff's appellate attorneys' fees in the amount of $50,618 awarded by the U.S. Court of Appeals for the Ninth Circuit [U.S. Court of Appeals for the Ninth Circuit, [Docket No. 43];

5.     Defendant shall pay Plaintiff the Ninth Circuit Clerk's taxed costs in the amount of $512.41 for Plaintiff's appeal  [U.S. Court of Appeals for the Ninth Circuit, Docket No. 38];

6.     Accordingly, Final Judgment is hereby entered in favor of Plaintiff Maria Barrios and against Defendant Diamond Contract Services, Inc. in the total amount of $318,913.09;

7.     This Final Judgment shall take effect immediately upon its entry;

8.      There being no just reason for delay, pursuant to Federal Rules of Civil Procedure, Rules 54 and 58(b), the Clerk is ordered to enter this Final Judgment forthwith and without further notice; and

9.     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment and the Court's prior Order requiring Defendant to pay the total amount due by November 26, 2012. [Docket No. 134].

***_The Court Orders the Defendant to pay the total amount due within ten (10) days from the date of this Order._*** NOTE: CHANGES MADE BY THE COURT

**FINAL JUDGMENT IS HEREBY ENTERED.**

Dated: December 20, 2012

_____
Hon. Consuelo B. Marshall
UNITED STATES DISTRICT COURT JUDGE