**ACKERMANN & TILAJEF, P.C.**
Craig J. Ackerman (State Bar No. 229832)
Tatiana Hernandez (State Bar No. 255322)
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035
Telephone: (310) 277-0614
Facsimile: (310) 277-0635

Attorneys for Maria Barrios

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maria Barrios, | Case No. 2:07-cv-03500-CBM-FMO |
| Plaintiff, | **JOINT STIPULATION OF SETTLEMENT; PROPOSED ORDER** |
| v. | |
| Diamond Contract Services, Inc. | |
| Defendant. | Assigned to: Hon. Consuelo Marshall Courtroom: No. 2 |

NOTICE IS HEREBY GIVEN to this Honorable Court that the parties in the above-referenced matter have agreed to resolve this matter, on the basis of the following terms and conditions:

1.    Defendant Diamond Contract Services, Inc. ("Diamond")  shall pay Plaintiff Maria Barrios ("Plaintiff") the total amount of $240,000 ("Settlement Amount"). Such amount shall be paid in 15 installments (i.e, 10,000 per month on the first of each month for six consecutive months starting March 1, 2013; and thereafter, $20,000 per month on the first of each month for nine consecutive months).  Defendant will have until the 10th of each month to rectify any failure to make a payment by the first of each month to Plaintiff without triggering the penalty set forth in paragraph 7, below;

2.   Within three court days following the filing of this Stipulation, Diamond will withdraw its current appeal pending before the Ninth Circuit Courtof Appeals (Docket No. 12-57148) with prejudice;

3.    Defendant's Motion to Stay Execution of Judgment, currently scheduled to be heard on February 4, 2013 at 11:00 a.m.,  is hereby withdrawn in light of the stipulated conditional stay described in pargraph 6, below;

4.      Plaintiff agrees not to pursue any contempt motion against Diamond or its counsel and will not pursue fees or costs in connection with Diamond's withdrawal of its currently pending appeal;

5.      The parties agree to two compliance hearings: August 5, 2013 or any other date available to the court therafter and May 5, 2014, or any other available date to the court thereafter;

6.      Plaintiff agrees to stay enforcement of the Writ of Execution of Judgment, provided each payment is made per paragraph 1;

7.      The $240,000 Settlement Amount, once paid, will be treated by the parties as payment in full for the $259,795.09 owed, plus any accrued daily interest.  If any payment is missed, per paragraph 1, above, then Plaintiff will have the right to collect the full $259,795.09 owed, plus daily interest per the Court's Final Judgment and the Writ of Execution issued on January 2, 2013;

8.      The terms of this stipulation will only become effective upon Diamond's filing of a notice of withdrawal of its pending appeal with prejudice per paragraph 3, above, and its payment of the first installment of $10,000 per paragraph 1, above.

9.      The District Court shall retain jurisdiction to enforce the terms of this Settlement.

IT IS SO STIPULATED.

Dated: 1-11-13

By: _____
Maria Barrios, Plaintiff

ACKERMAN & TILAJEF, P.C.

Dated: 1-11-13

By: _____
Craig Ackermann, Esq.
Attorneys for the Plaintiff

Dated: _____

**DIAMOND CONTRACT SEVICES, INC.**

By: _____
Derek Smith
CEO

Dated: _____

**WILLOUGHBY & ASSOCIATES**

By: _____
Anthony Willoughby, Esq.
Attorneys for Defendant

IT IS SO STIPULATED.

Dated: _____                    By:_____
                                                Maria Barrios, Plaintiff


                                             **ACKERMAN & TILAJEF, P.C.**

Dated: _____                    By: _____
                                                Craig Ackermann, Esq.
                                                Attorneys for the Plaintiff


Dated:  1/11/13                              **DIAMOND CONTRACT SEVICES, INC.**

                                             By: _____
                                                Derek Smith
                                                CEO


Dated:  1/11/13                              **WILLOUGHBY & ASSOCIATES**

                                             By: _____
                                                Anthony Willoughby, Esq.
                                                Attorneys for Defendant