1  **ACKERMANN & TILAJEF, P.C.**
   Craig J. Ackerman (State Bar No. 229832)
2  Tatiana Hernandez (State Bar No. 255322)
   1180 South Beverly Drive, Suite 610
3  Los Angeles, California 90035
   Telephone: (310) 277-0614
4  Facsimile: (310) 277-0635

5
   Attorneys for Plaintiff Maria Barrios
6

7

8

9                    UNITED STATES DISTRICT COURT

10                   CENTRAL DISTRICT OF CALIFORNIA

11

| Maria Barrios, | Case No. 2:07-cv-03500-CBM-FMO |
|---|---|
| Plaintiff, | **NOTICE OF COMPLIANCE WITH SETTLEMENT AGREEMENT AND REQUEST TO VACATE COMPLIANCE HEARING SCHEDULED FOR AUGUST 5, 2013** |
| v. | |
| Diamond Contract Services, Inc. | |
| Defendant. | Assigned to: Hon. Consuelo Marshall<br>Courtroom: No. 2 |

Notice of Compliance

1  PLEASE TAKE NOTICE that, pursuant to the Court Order issued on January 16, 2013 all parties have carried out the terms of the Settlement and are in compliance. Defendant has, to date, made all required settlement payments. Accordingly, we respectfully request the Compliance hearing scheduled for August 5, 2013 at 11:00 am be vacated.

DATED: August_1_, 2011          ACKERMANN & TILAJEF, PC

                                By  *s/ Craig J Ackermann, Esq*
                                    Craig Ackermann
                                    Attorney for Plaintiff
                                    MARIA BARRIOS

Notice of Compliance