UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 07-3500-CBM(FMOx) | Date | AUGUST 5, 2013 |
| Title | MARIA BARRIOS v. DIAMOND CONTRACT SERVICES, INC., | | |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

The Court is in receipt of Plaintiff's request to vacate compliance hearing scheduled for August 5, 2013 [153].

The Court hereby GRANTS the request and the hearing is vacated. Counsel are reminded the next compliance hearing is set for *May 5, 2014 at 11:00 a.m.*

IT IS SO ORDERED.

cc: all parties

CV-90   **CIVIL MINUTES - GENERAL**   Initials of Deputy Clerk ys